**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DARICE BREEDING                                    CIVIL ACTION

VERSUS                                             NO.  14-948

U.S. DEPARTMENT OF INTERIOR                        SECTION  "I"

## O R D E R

 The Court has been notified that one of the parties to this proceeding is unwilling to proceed to trial before the Magistrate Judge under 28 U.S.C. § 636(c).

 Accordingly,

 **IT IS ORDERED** that the automatic referral in this case is **VACATED** except for those other pretrial matters so referred under L.R. 72.1.

 New Orleans, Louisiana, this 27th day of August, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE